IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS W. CUNNINGHAM,

    Plaintiff,

  v.                                                  No. CV 12-1052 MV/LAM

THE CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER DENYING WITHOUT PREJUDICE MOTION FOR LEAVE TO INITIATE DISCOVERY

**THIS MATTER** is before the Court on Plaintiff's *Motion for Leave to Initiate Discovery (Doc. 20)*, filed February 20, 2013, in which Plaintiff asks the Court to allow him to conduct discovery to obtain information regarding Plaintiff's claims. The Court has entered an order for a *Martinez* report in this case, pursuant to which Defendants should provide the information sought by Plaintiff. *See* [*Doc. 21*]. For this reason, the Court finds that Plaintiff's motion is unnecessary at this time and should be denied without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's Plaintiff's *Motion for Leave to Initiate Discovery (Doc. 20)* is **DENIED without prejudice.**

**IT IS SO ORDERED.**

_____
**THE HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**