IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS W. CUNNINGHAM,

    Plaintiff,

  v.                                                                                           No. CV 12-1052 MV/LAM

THE CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT *MARTINEZ* REPORT AND DISPOSITIVE MOTIONS

**THIS MATTER** is before the Court on Defendants' *Motion to Extend Deadlines for Martinez Report and Di[s]positive Motions (Doc. 27)*, filed March 18, 2013. Defendants ask for an additional thirty (30) days to submit their *Martinez* report and dispositive motions. Having considered the motion and the record of the case, the Court **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' *Motion to Extend Deadlines for Martinez Report and Di[s]positive Motions (Doc. 27)* is **GRANTED**. Defendants shall file and serve their *Martinez* report and dispositive motions **on or before April 25, 2013**; Plaintiff shall file and serve his response to the *Martinez* report and his responses to Defendants' dispositive motions **on or before May 13, 2013**; and Defendants shall file and serve their replies, if any, to Plaintiff's responses **on or before May 29, 2013**.

    IT IS SO ORDERED.

*Lourdes A. Martínez*
**HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**